# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Anthony Jay Kasper and Katherine Cleo Kasper
Chapter 7 Case No. 09-32718

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA NA<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | 5 | 210.53 | 2.43 |

Date: August 23, 2010

_____
Trustee